IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CAMERON WOODS,<br><br>                Defendant. | **4:23CR3037**<br><br>**ORDER** |

Defendant has moved to continue the trial because plea negotiations are ongoing. (Filing No. 19). The motion is unopposed. The court will grant the motion as follows.

1) Defendant's motion, (Filing No. 19), is granted. The trial of this case and all expert disclosure deadlines are continued.

2) A hearing will be held before the undersigned magistrate judge in Courtroom 2, Lincoln Federal Building on June 14, 2023 at 3:30 p.m., and:

   a) If the defendant has decided to plead guilty, the plea hearing will be held at that time.

   b) If Defendant has decided not to plead guilty, the court will set this case for trial, set new expert disclosure deadlines as needed, and hold a <u>Frye</u> hearing if a written plea agreement was extended to but rejected by the defendant.

   c) Defendant is ordered to appear at this hearing.

3) The time between May 15, 2023 and June 14, 2023, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act because the parties require additional time to adequately prepare the case for trial, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might

result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

May 15, 2023.                                        BY THE COURT:

                                                     *s/ Cheryl R. Zwart*
                                                     United States Magistrate Judge